UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RANDALL B. HOFLAND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:15-cv-00414-JAW |
| | ) | |
| RANDALL LIBERTY, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION TO STAY AND REQUEST TO EXTEND TIME**

On November 28, 2016, the Court granted Randall B. Hofland's motion to extend the time within which to file post-judgment motions, extending the time to December 27, 2016. *Order* (ECF No. 148). On December 22, 2016, Mr. Hofland filed a motion to stay his case for ninety days and a motion to extend the time for filing his post-judgment motions an additional thirty days beyond the expiration of the ninety-day stay. *Pet'r Randall B. Hofland's Mot. to Stay* (ECF No. 152). In support of his motions, Mr. Hofland launched into a long description of his perspective of the innumerable difficulties he feels he has had obtaining proper documentation while at the Maine State Prison. *Id.* at 1-5.

The Court notes that Mr. Hofland filed his petition on October 7, 2015. *Pet. Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody* (ECF No. 1). On November 18, 2015, the Court ordered the Attorney General for the state of Maine to file an answer to his petition no later than January 19, 2016. *Order* (ECF No. 22). The state of Maine answered the petition on January 19, 2016. *Resp.'s Ans. to the Pet. for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254* (ECF No. 29).

During the last twelve months, Mr. Hofland has filed innumerable exhibits that the Clerk's Office has dutifully scanned and docketed; however, the Court is unaware of any real progress in this case. The Court will grant the motion to stay and motion for extension with a caveat: at some point, the Court will require that Mr. Hofland proceed with the merits of his case. With this stay of three months and extension of one month, the resolution of Mr. Hofland's case has, at his request, been delayed four more months. The case will have been pending on the Court's docket for nearly a year and a half. Once this extended periods expire, the Court expects Mr. Hofland to proceed with his case forthwith.

The Court GRANTS Randall B. Hofland's Motion for Stay and Motion for Extension (ECF No. 152). The case is STAYED from December 22, 2016 to March 22, 2017 and Mr. Hofland must filed his post-judgment motions no later than April 24, 2017.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2017