UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| RANDALL B. HOFLAND, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:15-cv-00414-JAW |
| | ) | |
| RANDALL LIBERTY, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION FOR CLARIFICATION**

This is the sixth order the Court has issued regarding Randall B. Hofland's problems with the court's docketing system. On January 5, 2017, Mr. Hofland filed what he termed a motion for clarification. *Pet'r Randall B. Hofland's Mot. for Clarification* (ECF No. 155). In his motion, he says he "never received ECF 153 (and almost reserved ECF 152 as a consequence) which presumably relates to both ECF 152 and ECF 154. Petitioner moves for clarification, including a copy of ECF 153." *Id.* at 1.

Docket number 153 consists of three filings that Mr. Hofland himself filed with the Court. Mr. Hofland has his own exhibit numbering system and the filings are Hofland Exhibit numbers 175, 176 and 177. Hofland Exhibit 175 is Court ECF Number 153; Hofland Exhibit 176 is Court ECF Number 153, Attachment 1. Hofland 177 is Court ECF Number 153, Attachment 2. Hofland 175 is a copy of an editorial and a cartoon from the Republican Journal dated November 3, 2016. Hofland 176 is a memo from David Allen, Close Custody Unit, Captain, Maine State Prison to Close Unit Staff, entitled "DVD Player for Prisoner Hofland, R. #116217. Hofland 177 is

entitled "Supplement to Record, Hofland v. D.O.C.I., Augsc-AP-16-62 12/9/16 → 12/17/16, and consists of the following: (1) a motion for discovery that Mr. Hofland filed in a pending state court case, (2) a letter to the United States District Court dated December 7, 2016 filing his motion to compel regarding exhibits 171 and 172 together with two exhibits, Hofland 173 and 174, (3) Mr. Hofland's motion to compel with Exhibits 171 and 172, (4) Hofland Exhibit 171 consisting of an article from The Republican Journal dated October 27, 2016, entitled "Lawsuit: Inmate alleges assault by correctional officer with loaded weapon", (5) Hofland Exhbit 172, consisting of a letter from Randall B. Hofland to The Republican Journal dated November 3, 2016, entitled "What they deserve", (6) a motion to compel production in Randall B. Hofland v. Department of Corrections, a matter pending in Kennebec County Superior Court for the state of Maine, (7) a letter dated December 9, 2016 from Assistant Attorney General James E. Fortin to Michelle Lumbert, Clerk of the Kennebec County Superior Court, enclosing an acceptance of service in the state court action, (8) an acceptance of service signed by Assistant Attorney General James E. Fortin and filed in the pending civil action in Kennebec County Superior Court for the state of Maine.

      The Court DENIES Randall B. Hofland's motion for the Clerk of Court to make copies of these filings and return them to him. The Court expects Mr. Hofland to retain copies of the filings that he makes with the Court and in any event, he has access to this Court's Electronic Case Filing system and if he wants copies of these documents, he should make them himself.

The Court GRANTS in part and DENIES in part Randall B. Hofland's Motion for Clarification (ECF No. 155). It GRANTS the motion insofar as it requests the clarification that the Court has set forth in this order; it DENIES the motion insofar as it requests that the Clerk's Office copy and mail to Mr. Hofland documents that he has himself filed with this Court.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of January, 2017